# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Tina Wenke, et al.

                Plaintiff    Case No.: 3:24–cv–00877

v.

                     Judge William L. Campbell, Jr.

Dollar General Corporation, et al.

                Defendant    Magistrate Judge Jeffery S. Frensley

## NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE

      Pursuant to Local Rule 16.01, effective August 14, 2018, notice is hereby given that the initial case management conference is scheduled before Magistrate Judge Frensley, by telephone at 09:30 AM on 9/24/2024. All parties shall call 1–877–336–1831, and when prompted for the access code, enter 7039387# to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615–736–7344.

      <u>LEAD TRIAL COUNSEL FOR EACH PARTY</u> who has been served and who has received this notice is required to attend the initial case management conference unless otherwise ordered by the case management judge. Appearance by counsel at the initial case management conference will not be deemed to waive any defenses to personal jurisdiction. Counsel are advised to bring their calendars with them to the conference for the purpose of scheduling future dates. Counsel for the filing party is also advised to notify the courtroom deputy for the Judge before whom the conference is scheduled, if none of the defendants has been served prior to the scheduled conference date.

      Counsel for all parties must, at the initiative of plaintiff's counsel, prepare *and submit a proposed case management order* that encompasses the discovery plan required by Fed.R.Civ.P. 26(f), addresses any issues that can be resolved by agreement, and is otherwise in compliance with Local Rule 16.01(f). The **proposed case management order** *shall be submitted electronically* **with the Court THREE (3) business days before the initial case management conference and counsel shall** <u>also</u> **email a copy to chambers at frensleychambers@tnmd.uscourts.gov. If the proposed order CANNOT be submitted** *electronically* **on time, PLAINTIFF'S COUNSEL is responsible for contacting the Magistrate Judge's office to reschedule the conference.** <u>FAILURE</u> **to obtain service on** <u>all</u> **defendants should be called to the Magistrate Judge's attention.** <u>FAILURE</u> **TO FILE THE PROPOSED CASE MANAGEMENT ORDER** *ELECTRONICALLY* **WITHOUT CONTACTING THE MAGISTRATE JUDGE'S OFFICE** <u>CAN RESULT IN SANCTIONS.</u>

      Effective December 1, 2000, Fed. R. Civ. P. 26(a)(1) and April 18, 2005, Administrative Order No. 167 regarding required initial disclosures and electronic proposed orders applies.

      **PURSUANT TO LOCAL RULE 16.01(e)(2), COUNSEL FOR THE PARTY FILING THIS LAWSUIT MUST SERVE A COPY OF THIS NOTICE ON THE OTHER PARTIES TO THIS LAWSUIT ALONG WITH THE SUMMONS AND COMPLAINT** <u>OR</u> **WITH THE REQUEST FOR WAIVER OF SERVICE UNDER FED. R. CIV. P. 4(d),** <u>OR</u> **WITH THE SERVICE COPY OF THE NOTICE OF REMOVAL.**

                                                                                                    CLERK'S OFFICE
                                                                                                    Middle District of Tennessee