MOTION GRANTED.  The Initial Case Management Conference is hereby reset to November 1, 2024 at 8:30 a.m. via telephone. All parties shall call 1-877-336-1831, and when prompted for the access code, enter 7039387# to participate.  If a party has difficulty connecting to the call, please call 615-736-7344.  A proposed case management order shall be filed three (3) days before the conference.  The proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TINA WENKE, ET AL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:24-cv-00877 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| DOLLAR GENERAL ) | MAGISTRATE JUDGE |
| CORPORATION, ET AL., ) | FRENSLEY |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs Tina Wenke and Wenke Design, L.L.C. d/b/a Wenke Design Studio (collectively "Plaintiffs") and Defendants Dollar General Corporation, Dolgencorp, LLC, and Big Tree Sales, Inc. d/b/a Bigtree (collectively "Defendants") by and through counsel, jointly move this Court to reschedule the Initial Case Management Conference (Doc. No. 7) to no earlier than Monday October 21, 2024 (at a time chosen by Court for the Court's convenience). For good cause, the parties show:

1. The Initial Case Management Conference is presently set for September 24, 2024.

2. Pursuant to the Waiver of Service of Summonses, the Defendants' responsive pleadings are due on or before Monday October 7, 2024.

3. The Parties believe that an Initial Case Management Conference after they have an opportunity to file and/or review the initial responsive pleadings, would be more meaningful and productive for the advancement of this case.

1

4. In relation to timing, lead trial counsel has a conflict the week of October 14, 2024, and respectfully requests that any time at the Court's convenience beyond Monday October 21, 2024 would be preferable.

Respectfully submitted,

        */s/ Stephan R. Wright*
        Stephan R. Wright (#031494)
        **WRIGHT, CORTESI & GILBREATH**
        2030 Hamilton Place Blvd., Suite 240
        Chattanooga, TN 37421
        Telephone: (423) 826-6919
        swright@wcglegal.com
        *Counsel for Defendants*

        */s/ Kimberly M. Ingram-Hogan*
        Kimberly M. Ingram-Hogan (#35191)
        **BRADLEY ARANT BOULT CUMMINGS LLP**
        1221 Broadway, Suite 2400
        Nashville, TN 37203
        Telephone: (615) 252-3592
        kingram@bradley.com
        *Counsel for Plaintiffs*